UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | File No. 1:02-CR-120-01 |
| | : | |
| **KEVIN C. SINGER** | : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed April 27, 2005 (Paper 66). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Petitioner's motion for consideration (Paper 63) and motion to amend (Paper 64) are DENIED. The government's motion to dismiss for mootness (Paper 65) is DENIED. Petitioner's motion to vacate, set aside, or correct his sentence pursuant to the provisions of 28 U.S.C. § 2255 is DENIED.

Pursuant to Fed. R. App. P. 22(b), the Court DENIES petitioner a certificate of appealability ("COA") because the petitioner failed to make a substantial showing of a denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). In addition, because the petition has been dismissed on procedural grounds, the petitioner cannot be issued a COA due to his failure to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." See Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000).

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 13th day of June, 2005.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge